■ Augustine M. Loschiavo et al., Appellants, v Diana De Bruyn, as Administrator of the Estate of Jean D. Weed,

Deceased, Defendant, and RICHARD FREEMAN, as Executor of CHARLES S. FREEMAN, Deceased, Respondent. [813 NYS2d 689]—Appeal from a judgment of the Supreme Court, Erie County (John M. Curran, J.), entered April 5, 2005. The judgment, entered upon a jury verdict, dismissed plaintiffs' second amended complaint against defendant Richard Freeman, as executor of the estate of Charles S. Freeman, deceased.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs. Present—Pigott, Jr., P.J., Hurlbutt, Martoche, Smith and Pine, JJ.